UNITED STATES DISTRCIT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
BERNAT LEFKOWITZ,                                          12 CV 06350 (WFK) (LB)

        Plaintiff,

    -against-

UNITED COLLECTION BUREAU, INC.,

        Defendant.
--------------------------------------------------------X

### The Parties Joint Rule 26(f) Meeting Report

1. Pursuant to Fed. R. Civ. P. 26(f), a planning meeting was held on May 17, 2013, and was attended by:

Counsel for Plaintiff: David Palace

Counsel for Defendant: Shari Sckolnick

2. The parties have already exchanged the initial discovery disclosures required by Rule 26(a)(1).

3. Recommended Discovery Plan:

    a. End date for all Non-Expert Discovery: November 25, 2013
    b. Joinder of Additional Parties/Amendment of Pleadings by October 23, 2013
    c. Dispositive Motions by December 2, 2013
    d. Written Discovery Demands Served by June 20, 2013
    e. Responses to Written Discovery Demands Served by July 20, 2013
    f. Depositions conducted by November 5, 2013.

4. The parties do not anticipate that expert discovery will be required.

5. Merits and class discovery will occur simultaneously.

6. The parties do not request any changes to the limitations on discovery imposed under the Federal Rules of Civil Procedure and the local rules of the Eastern District of New York.

7. Trial: Pursuant to Judge Kuntz' March 13, 2013 Scheduling Order, a five-day jury trial is set to begin on April 20, 2015.

Dated: May 17, 2013

The Law Offices of David Palace
Attorneys for Plaintiff
BERNAT LEFKOWITZ

By:_____/s/_____
        David Palace
383 Kingston Avenue, #113
Brooklyn, New York 11213
(347) 651-1077


Abrams, Gorelick, Friedman
& Jacobson, LLP
Attorneys for Defendant
UNITED COLLECTION BUREAU, INC.,

By:_____/s/_____
        Shari Sckolnick
One Battery Park Plaza
Fourth Floor
New York, New York 10004
(212) 422-1200
File: 14152

2